# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

135901

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

RAYMOND GRAY,
      Defendant-Appellant.

SC: 135901
COA: 282552
Wayne CC: 73-001147

_____/

      On order of the Court, the application for leave to appeal the February 5, 2008 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

            Clerk

p0828